IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-02462-PAB-CBS
    (Consolidated with Civil Action No. 15-cv-02784-PAB-CBS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER P. LOECHER,
EILEEN F. LOECHER, and
MIRIAM YEHUDAH,

    Defendants.

---

DENVER METRO FAIR HOUSING CENTER,

    Plaintiff,

v.

ROGER P. LOECHER,
EILEEN F. LOECHER, and
MIRIAM YEHUDAH,

    Defendants.

---

## ORDER

---

This matter is before the Court on the Joint Motion for Distribution of Settlement Fund to "Aggrieved Persons" [Docket No. 49], filed by the United States and defendants. On August 8, 2016, the Court entered a Consent Order requiring defendants to deposit $25,000.00 into a settlement fund for the purpose of compensating persons harmed by defendants' alleged violations of the Fair Housing

Act. Docket No. 47; Docket No. 45-1 at 13, ¶¶ 30. The Consent Order further described a process for the United States and defendants to reach an agreement on the appropriate damages award for aggrieved persons. *Id.* at 15-16, ¶¶ 39-40.

Defendants have established the required settlement fund, and the United States and defendants have agreed on proposed damage awards for the persons aggrieved by defendants' alleged conduct. Docket No. 49 at 2. Each aggrieved person has submitted a declaration describing the harm he or she suffered as a result of defendants' alleged conduct. *See* Docket No. 49-2.

The Court having reviewed the motion and Consent Order, it is

**ORDERED** that the parties' Joint Motion for Distribution of Settlement Fund to "Aggrieved Persons" [Docket No. 49] is granted. It is further

**ORDERED** that defendants Roger P. Loecher, Eileen F. Loecher, and Miriam Yehudah shall, within ten days of the date of entry of the Court's order, deliver to counsel for the United States, by overnight mail, checks payable to the aggrieved persons as follows:

1. Danaia Miller, $4,250
2. Sonja Rodgers, $4,250
3. Daraka Ramirez, $4,250
4. Michael Roberts, $4,250
5. Johanna Sierra, $4,250
6. Ashleigh Daniels, $1,250
7. Dahayana Flores, $1,250

8. Aprilann Ryan, $1,250

In addition to the amounts listed above, the checks payable to the individuals shall each include proportional amounts of the accumulated interest on the principal of the Settlement Fund as of the date of the distribution by the defendants. It is further

**ORDERED** that, after the United States has received written releases of all claims, legal or equitable, that the above-named individuals might have against defendants, it shall deliver payment to such individuals. It is further

**ORDERED** that the United States shall provide the original, signed releases to counsel for defendants.

DATED June 1, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge